ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Vanquish Worldwide, LLC | ) ASBCA Nos. 59175, 59250, 59268 |
| | ) 59269, 59270, 59492 |
| | ) |
| Under Contract No. W91B4N-11-D-7018 | ) |

APPEARANCE FOR THE APPELLANT:     Charles R. Lucy, Esq.
    Holland & Hart, LLP
    Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Nancy J. Lewis, JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 6 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59175, 59250, 59268, 59269, 59270, 59492, Appeals of Vanquish Worldwide, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals